IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

LEROY D. JAMES
ADC # 112786
                           PLAINTIFF

V.        4:08CV04119 JMM/HDY

HUFFMAN, Officer, Faulkner County Detention
Center; and KARL BYRD, Sheriff, Faulkner County
Detention Center                  DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young and the parties' objections. After carefully considering Plaintiff's objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's Motions for Injunctive Relief (docket entries #3 and #12) are DENIED.

DATED this 13th day of January, 2009.

                     _____
                     UNITED STATES DISTRICT JUDGE