# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

LEROY D. JAMES
ADC # 112786                                                                          PLAINTIFF

V.                                   4:08-cv-04119-JMM-JJV

HUFFMAN, Officer, Faulkner County Detention
Center; and KARL BYRD, Sheriff, Faulkner County
Detention Center                                                DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 52) is GRANTED and Plaintiff's Complaint is DISMISSED.

The Court FURTHER CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and Judgment would not be taken in good faith.

DATED this 23rd day of November, 2009.

                                                                  _____
                                                                   UNITED STATES DISTRICT JUDGE