# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

LEROY D. JAMES
ADC # 112786                                                                                              PLAINTIFF

V.                                      4:08-cv-04119-JMM-JJV

HUFFMAN, Officer, Faulkner County Detention
Center; and KARL BYRD, Sheriff, Faulkner County
Detention Center                                                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 23rd day of November , 2009.

_____
UNITED STATES DISTRICT JUDGE